

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00106-CR

_____

DAVID GENTRY WALLER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Red River County, Texas
Trial Court No. CR01897

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Val Varley, counsel for appellee, The State of Texas, has filed a motion to extend time to file the appellee's brief. The brief was due January 6, 2014.

In his motion, counsel does not provide the Court with a reasonable explanation of the need for an extension of time. This Court interprets Texas Rule of Appellate Procedure 10.5(b)(2) as requiring counsel to provide specific information to justify a requested extension, including the cause numbers of other briefs filed, the dates they were filed, the dates of trials, how long those trials are expected to last, etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the Rule. *See* TEX. R. APP. P. 10.5(b)(2).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we grant the motion and extend the deadline for filing appellee's brief by twenty-one days, making appellee's brief now due January 27, 2014. Further requests for extensions will not be looked upon with favor.

IT IS SO ORDERED.

BY THE COURT

Date: January 14, 2014